1  Timothy M. Ryan, Bar No. 178059
   Andrew J. Mase, Bar No. 300680
2  Katherine K. Meleski, Bar No. 231528
3  THE RYAN FIRM
   A Professional Corporation
4  2603 Main Street, Ste. 1225
   Irvine, CA 92614
5  Telephone (949) 263-1800; Fax (949) 872-2211

6  Attorneys for Defendant Specialized Loan Servicing, LLC

7

8                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11

12  DANIELLE PHILLIPS, an            )   CASE NO.:   5:20-cv-01819-JGB (SPx)
    individual,                      )
13                                   )   Date Action Filed:   5/15/20
                 Plaintiff,          )
14                                   )   **JUDGMENT OF DISMISSAL**
    vs.                              )
15                                   )
    SPECIALIZED LOAN SERVICING,      )
16  LLC, a business entity; and DOES 1- )
    50, inclusive,                   )
17                                   )
                 Defendants.         )
18                                   )
                                     )
19                                   )
                                     )
20                                   )
                                     )
21                                   )
                                     )
22                                   )
                                     )
23                                   )
                                     )
24                                   )
                                     )
25                                   )
                                     )
26  _____ )

27

28

**THE RYAN FIRM**
A Professional Corporation

1

Judgment of Dismissal

**JUDGMENT OF DISMISSAL**

On November 16, 2021, Defendant Specialized Loan Servicing, LLC ("Defendant") filed a Motion for Summary Judgment as to Plaintiff Danielle Phillips' ("Plaintiff") first amended complaint.

On February 11, 2022, the Court **GRANTED** the Motion for Summary Judgment. Therefore:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's first amended complaint, all causes of action, claims, and requests therein, and this action, are all **DISMISSED, WITH PREJUDICE, IN FAVOR OF DEFENDANT SPECIALIZED LOAN SERVICING, LLC**. Judgment of Dismissal is entered in favor of Defendant Specialized Loan Servicing, LLC, and against Plaintiff Danielle Phillips. Defendant Specialized Loan Servicing, LLC is the prevailing party in this matter.

DATED:  February 15, 2022

_____
Honorable Jesus G. Bernal

Judgment of Dismissal

**THE RYAN FIRM**
A Professional Corporation